COM.

v.

WILSON, K.

3537 EDA 2014

Superior Court of Pennsylvania.

09/27/2017

CP–51–CR–0008471–2011
CP–51–CR–0008472–2011
(Philadelphia)

Affirmed

COM.

v.

RAMOS, W.

426 EDA 2015

Superior Court of Pennsylvania.

09/27/2017

CP–51–CR–0100891–1999 (Philadelphia)

Affirmed

COM.

v.

SCHMANEK, D.

1296 EDA 2015

Superior Court of Pennsylvania.

09/27/2017

CP–51–CR–0009526–2014 (Philadelphia)

Affirmed

COM.

v.

PARKS, D.

3497 EDA 2015

Superior Court of Pennsylvania.

09/27/2017

CP–51–CR–0012472–2013
(Philadelphia)

Affirmed

COM.

v.

JONES, O.

558 EDA 2016

Superior Court of Pennsylvania.

09/27/2017

CP–51–CR–0009935–2008 (Philadelphia)

Affirmed